OPINION PER CURIAM, November 8, 1954:

Craig Estate.

Argued September 27, 1954.  Before STERN, C. J.,
STEARNE, JONES, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*William Carson Bodine*, with him *John D. M.
Hamilton, T. A. Sampson, Pepper, Bodine, Frick,
Sheetz & Hamilton*, and *Stranahan & Sampson*, for ap-
pellants.

*William H. Eckert*, with him *Milford L. McBride*
and *Milford L. McBride, Jr., McBride & McBride*, and
*Smith, Buchanan, Ingersoll, Rodewald & Eckert*, for
appellee.

OPINION PER CURIAM, November 8, 1954:

The distinction between the *concurrent jurisdiction*
of the Federal or Common Pleas Courts and the Or-
phans' Court involving proceedings *in personam* (*Com-
monwealth v. Easton Trust Company*, 347 Pa. 162, 32
A. 2d 215) and the *exclusive jurisdiction* of the Or-
phans' Court involving the accounting and distribu-
tion of a decedent's estate (*Thompson, Trustee, v. Fitz-
Gerald*, 329 Pa. 497, 198 A. 58, affirmed in 305 U. S.
456), a proceeding *in rem*, is accurately and compre-

hensively considered in the opinion of the court below. The fact that the same fiduciary, appointed by the respective decedents, is representing both estates presents no obstacle to the parties in interest in prosecuting claims against the estate of either decedent. Interested parties may, upon application to the court, use the name of the fiduciary in proceedings against such fiduciary: *Megargel Estate,* 349 Pa. 14, 17, 36 A. 2d 319. The court also may, in its discretion, remove a fiduciary in such a situation. A removal proceeding is actually pending in this case. See *Hartman's Estate,* 49 Pa. Superior Ct. 203.

The Order of the Orphans' Court is affirmed on the opinion of Judge RODGERS, at the cost of appellants.